**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re Mary L. Mayo,<br><br>Debtor<br><br>Mary L. Mayo<br><br>Movant<br>v.<br><br>Mariner Finance,<br><br>Respondent | Chapter 7<br><br>Case No. 5:26-bk-03061-MJC |

**DEBTOR'S MOTION TO AVOID LIEN OF MARINER FINANCE**

1. Debtor filed this Chapter 7 case on October 22, 2026.

2. This motion is filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel any and every lien held by Respondent on personalty in which Debtor has an ownership interest.

3. Respondent holds a non-purchase-money security interest in household goods that have been claimed as fully exempt.

4. The existence of a lien of Respondent on Debtor’s personalty would impair exemptions to which the Debtor would be entitled under 11 U.S.C. § 522(d).

WHEREFORE, Debtor requests an Order against Respondent for the cancellation and avoidance of the liens on the personalty.

Date: November 13, 2026

s/Carlo Sabatini

Carlo Sabatini, Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com
Bar Number PA 83831