**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re Mary L. Mayo,<br><br>Debtor<br><br>Mary L. Mayo,<br><br>Movant<br>v.<br><br>Mariner Finance,<br><br>Respondent | Chapter 7<br><br>Case No. 5:26-bk-03061-MJC<br><br>*Debtor's Motion to Avoid Lien of Mariner Finance* |

## ORDER AVOIDING LIEN

Upon consideration of *Debtor's Motion to Avoid Lien of Mariner Finance*, it is hereby ORDERED AND DECREED that, to the extent that Respondent is the holder of a lien, any and every such lien on personalty in which the Debtor has an ownership interest is hereby canceled.