**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re Mary L. Mayo,<br><br>Debtor<br><br>Mary L. Mayo,<br><br>Movant<br>v.<br><br>Mariner Finance,<br><br>Respondent | Chapter 7<br><br>Case No. 5:26-bk-03061-MJC |

**<u>CERTIFICATE OF SERVICE</u>**

| Title of Paper Served: | Debtor's Motion to Avoid Lien of Mariner Finance | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| ATTN: Officer, Manager, or General Agent<br>Mariner Finance<br>8110 Corporate Dr<br>Nottingham, MD 21236 | | First Class Mail – Certified Return Receipt |
| ATTN: Officer, Manager, or General Agent<br>Mariner Finance<br>765 Kidder St.<br>Wilkes Barre, PA 18702 | | First Class Mail – Certified Return Receipt |

I certify that I am over 18 years of age and service was effectuated today as above described.

Date: November 13, 2026

<u>/s/Tiffany Bator</u>
Tiffany Bator, Paralegal